UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2023 JUN 16 PM 2:27
US DISTRICT COURT
EASTERN DIST. TENN.

Jessica Greenlee )
610 Sutherland View Way Apt 721 )
Knoxville TN 37919 )
Name of plaintiff(s) )
)
v. )   Case No. 3:23 cv 211
)   (to be assigned by Clerk)
)   Varlan/Poplin
Bravo Brio Restaurants, LLC )
115 Otis Street )
Northborough, MA 01532 )
Name of defendant(s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

EEOC issued my right to sue letter. Bravo let me go for unknown + false reasons, based on racial & sexually discrimination

2. Plaintiff, Jessica Greenlee resides at 610 Sutherland View Way, Apt 721 Knoxville
   street address                                          city

Knox , TN , 37919 , 865 448 8369
county    state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, **Bravo Brio Restaurants LLC**, lives at, or its business is located at **155 Ohs Street**, **Northborough**,
street address                                                      city

_____, **MA**, **01532**.
county                                              state                         zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I worked for Bravo from March of 2016 until July 2022, shortly returning from maternity leave. I was racially + sexually discriminated against. I, being of African American/Black, had to ask permission to eat, while White/Caucasions didn't. One manager named Barb was being sexually discriminatory against me and wouldn't let me take large/banquet parties, but would let the white males take them. It has been really hard to get a job with over 20 years of serving

2

→

Case 3:23-cv-00211-TAV-DCP    Document 1    Filed 06/16/23    Page 2 of 4    PageID #: 2

experience. Bravo alledgely stated that I also hacked their computers to numerous employees and past employees (I have text if needed). My wages has decreased tremendously, and trying to get bills caught up so I dont lose anything). Also, that I can be restored back to the stress free momma that I was and can enjoy time with my kids instead of working all the time to make ends meet. Please see attachments! Tried to negotiate but Bravo failed or isnt responding especially to the Arbitration Agreement.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. pain & suffering

   b. loss of wages

   c. deformation

   d. distress

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __16th__ day of __June__, 20__23__.

*Jessica Greenlee*

Signature of plaintiff (s)