UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSICA GREENLEE, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:23-CV-211-TAV-DCP |
| BRAVO BRIO RESTAURANTS, LLC, | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the parties' joint motion for entry of an order of dismissal [Doc. 16]. The parties indicate that they attended arbitration and the parties now agree to dismissal of this matter with prejudice.

Based upon the agreement of the parties and for good cause shown, the parties' joint motion for entry of an order of dismissal [Doc. 16] is hereby **GRANTED**. It is therefore **ORDERED, ADJUDGED, and DECREED** that any and all claims are hereby **DISMISSED** with prejudice. There being no issues remaining for the Court to resolve, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
/s/ LeAnna R. Wilson
CLERK OF COURT